UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODRICH & PENNINGTON MORTGAGE FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHASE MANHATTAN MORTGAGE CORPORATION, <br><br> Defendant. | Civil No. 05-CV-636-L(POR) <br><br> **ORDER re: ORAL ARGUMENT** |

Defendant's amended motion to dismiss plaintiff's second amended complaint [doc. #62] is set for hearing on May 14, 2007. The Court finds this matter suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.

**IT IS SO ORDERED.**

DATED: May 4, 2007

M. James Lorenz
United States District Court Judge

. . .

. . .

. . .

05cv636

1  COPY TO:

2  HON. LOUISA S. PORTER
   UNITED STATES MAGISTRATE JUDGE
3

4  ALL PARTIES/COUNSEL